IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| SHANNON NICHOLE SUTTON, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) CIVIL ACT. NO. 2:23-cv-49-ECM |
| | ) (WO) |
| TIFFIN MOTOR HOMES, INC., and | ) |
| FORD MOTOR COMPANY, | ) |
| | ) |
| Defendants. | ) |

**OPINION and ORDER**

This action was removed to this Court from the Circuit Court of Montgomery County, Alabama, on January 20, 2023. (Doc. 1). This matter is now pending before the Court on Defendant Tiffin Motor Homes, Inc.'s motion to dismiss or in the alternative, motion to transfer venue (doc. 2) filed on January 20, 2023. On January 25, 2023 and February 1, 2023, the parties filed joint motions to transfer. (Docs. 14 and 16). "[A]ll parties have consented to the requested transfer to the Northern District of Alabama, Northwest Division." (Doc. 14 at 1; Doc. 16 at 1).

Accordingly, upon an independent review of the pleadings and for good cause, it is

ORDERED that the Defendant's motion to transfer (doc. 2) and the parties' joint motions to transfer (docs. 14 and 16) are GRANTED and that this case is transferred to the United States District Court for the Northern District of Alabama. Northwest Division. It is further

ORDERED that the Defendant's motion to dismiss (doc. 2) is DENIED as moot.

The Clerk of the Court is DIRECTED to take the necessary action to transfer this case to the United States District Court for the Northern District of Alabama, Northwest Division.

DONE this 6th day of February, 2023.

    /s/   Emily C. Marks
EMILY C. MARKS
CHIEF UNITED STATES DISTRICT JUDGE